■ In the Matter of MICHAEL A. RICCI, Respondent, v ED DONOHUE et al., Appellants. — Appeal from a judgment of the Supreme Court at Trial Term (Cholakis, J.), entered October 12, 1983 in Albany County, which granted petitioner's application, in a proceeding pursuant to section 16-102 of the Election Law, to declare invalid the nominating petition naming respondent Ed Donohue as candidate of the Shamrock Party for the office of Albany County Legislator, 33rd Legislative District, in the November 8, 1983 general election. Judgment affirmed, without costs. No opinion. Mahoney, P. J., Sweeney, Casey, Yesawich, Jr., and Levine, JJ., concur.

■ In the Matter of EDWARD P. SCANLON, Appellant, v EDWIN CALLAHAN et al., Constituting the Ulster County Board of Elections, et al., Respondents. — Appeal from a judgment of the Supreme Court at Special Term (Bradley, J.), entered October 14, 1983 in Ulster County, which dismissed petitioner's application, in a proceeding pursuant to section 16-102 of the Election Law, to declare invalid the nominating petition naming certain respondents as candidates of the Independent Taxpayers Party for the office of Ulster County Legislator, Fifth Legislative District, in the November 8, 1983 general election. Judgment affirmed, without costs (*Matter of Sahler v Callahan*, 92 AD2d 976). Mahoney, P. J., Sweeney, Casey, Yesawich, Jr., and Levine, JJ., concur.

■ In the Matter of KATHLEEN A. PRESPARE, Respondent, v HENRY TUTUNJIAN et al., Constituting the Rensselaer County Board of Elections, et al., Respondents, and THOMAS J. SANZONE, Appellant. — Appeal from a judgment of the Supreme Court at Special Term (Cholakis, J.), entered October 14, 1983 in Rensselaer County, which granted petitioner's application, in a proceeding pursuant to section 16-102 of the Election Law, to declare invalid the nominating petition naming respondent Thomas J. Sanzone as candidate of the District Party for the office of Troy City Councilman in the November 8, 1983 general election. Judgment affirmed, without costs. No opinion. Mahoney, P. J., Sweeney, Casey, Weiss and Levine, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JUAN ALVAREZ, Petitioner, v EUGENE S. LeFEVRE, as Superintendent of Clinton Correctional Facility, Respondent. — Application, pursuant to CPLR 7002 (subd [b], par 2), for writ of habeas corpus denied, upon the ground that petitioner has not demonstrated a right to immediate release (*People ex rel. South v Hammock*, 80 AD2d 947). Sweeney, J. P., Kane, Main, Casey and Mikoll, JJ., concur.

■ THOMAS BOYLAN, Respondent, v G. L. MORROW COMPANY, INC., et al., Appellants. — Motion for permission to appeal to the Court of Appeals granted, without costs. No issue of fact was considered by this court. Pursuant to CPLR 5713, this court certifies that the following question of law, decisive of the correctness of its determination, has arisen, which in its opinion ought to be reviewed by the Court of Appeals: "Did this court err, as a matter of law, in affirming Special Term's order which denied defendants' motion to dismiss the complaint?" Kane, J. P., Main, Mikoll, Yesawich, Jr., and Levine, JJ., concur.